**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 19-cv-60568-CIV-ALTMAN/HUNT**

ERIC SMITH,

    Plaintiff,

v.

CURALEAF INC., a foreign corporation,

    Defendant.

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff ERIC SMITH and Defendant CURALEAF, INC. hereby jointly stipulate to the entry of a Final Order of Dismissal With Prejudice as follows and request the Court to enter the Final Order of Voluntary Dismissal With Prejudice:

1. This action, and all claims that were or could have been brought, is dismissed with prejudice.

2. The Parties shall bear their own attorneys' fees and costs.

WHEREFORE, the Parties respectfully request the Court to enter the Final Order of Voluntary Dismissal With Prejudice.

Respectfully submitted,

| | |
|---|---|
| Eric Smith | John L. McManus, Esq. |
| 520 North Ocean Boulevard | Kenneth A. Horky, Esq. |
| Unit 19 | Greenberg Traurig, P.A. |
| Pompano Beach, FL 33062 | Attorneys for Plaintiff |
| (561) 268-1142 | 401 East Las Olas Boulevard Suite 2000 |
| easmith.fl@gmail.com | Fort Lauderdale, Florida 33301 |
| | Telephone: 954-768-8291 |
| By: /s/ Eric Smith[1] | Facsimile: 954-765-1477 |
| Eric Smith | Ranisr@gtlaw.com |
| | rosr@gtlaw.com |
| | flservice@gtlaw.com |
| | mcmanusj@gtlaw.com |
| | yeargina@gtlaw.com |
| | |
| | By: /s/ John L. McManus |
| | John L. McManus |
| | Florida Bar No. 119423 |
| | Kenneth A. Horky |
| | Florida Bar No. 691194 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed into CM/ECF which will generate Notices of Electronic filing to all counsel and Parties of record on this 14th day of June, 2019.

    /s John L. McManus
JOHN L. MCMANUS

---

[1] Permission to affix an electronic signature on this signature block has been granted to counsel for Defendant.