UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60568-CIV-ALTMAN/Hunt

**ERIC SMITH**,

    Plaintiff,

v.

**CURALEAF, INC.**,

    Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [ECF No. 36], filed on June 14, 2019. Being fully advised, the Court hereby **ORDERS AND ADJUDGES** that this matter is dismissed with prejudice. Each party shall bear its own fees and costs. The Clerk shall **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 14th day of June 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record